CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7196
     Alexis.James@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-CR-00199 WHO |
| Plaintiff, | **STIPULATED BRIEFING SCHEDULE FOR MOTION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER (AS MODIFIED)** |
| v. | |
| ELBIN NAHUN CRUZ-CRUZ, | |
| Defendant. | |

On August 28, 2025, the parties appeared before the Court in the above captioned matter. The defendant was not present, as he was detained by ICE and later deported. Given the defendant's impending deportation, the Government moved to dismiss the Information without prejudice in accordance with Federal Rule of Criminal Procedure 48(a). Defense counsel opposed, stating that the matter should be dismissed with prejudice, as the defendant's deportation was violative of the Fifth and Sixth amendment. The Court requested parties brief the matter.

On Friday, October 3, 2025, counsel for the defendant filed a Motion to Dismiss with Prejudice. Dkt. 31. The parties now submit this stipulation setting a briefing schedule.

In the interests of judicial economy and efficiency and for the effective preparation of counsel,

the parties hereby stipulate to the following revised briefing schedule on Defendant's motion to dismiss:

28

1    Defendant's Motion to Dismiss—due Friday, October 3, 2025

2    Government's Motion and Opposition—due Friday, October 17, 2025

3    Defendant's Reply Brief—due Friday, October 31, 2025

4    Hearing on the Motions to Dismiss to be set for November 6, 2025 at 1:30pm.

5

6    The undersigned Assistant United States Attorney certifies that she has obtained approval from

7    counsel for the defendant to file this stipulation and proposed order.

8

9    IT IS SO STIPULATED.

10    DATED: October 7, 2025                    _____/s/_____
                                               ALEXIS JAMES
11                                             Assistant United States Attorney

12    DATED: October 7, 2025                    _____/s/_____
13                                             ANA BOTELLO
                                               Counsel for Defendant ELBIN NAHUN CRUZ-CRUZ
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney

2
    MARTHA BOERSCH (CABN 126569)
3   Chief, Criminal Division

4   ALEXIS JAMES (NYBN 5603865)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       Alexis.James@usdoj.gov

8   Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
    UNITED STATES OF AMERICA,            )   NO. 25-CR-00199 WHO
13                                        )
                Plaintiff,                )   [PROPOSED] ORDER
14                                        )
          v.                             )
15                                        )
    ELBIN NAHUN CRUZ-CRUZ,               )
16                                        )
                Defendant.               )
17   _____)

18
                          [PROPOSED] ORDER
19
            The parties' stipulated briefing schedule on Defendant's Motion to Dismiss is hereby entered as
20
    follows:
21
                  Defendant's Motion to Dismiss—due Friday, October 3, 2025
22
                  Government's Motion and Opposition—due Friday, October 17, 2025
23
                  Defendant's Reply Brief—due Friday, October 31, 2025
24
                  Hearing on the Motions to Dismiss to be set for November 20, 2025 at 1:30pm.
25
            IT IS SO ORDERED.

27
    DATED: October 10, 2025
28
                                              WILLIAM H. ORRICK
                                              United States District Judge